**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cr-20313-SHL** |
| | ) | |
| **BARRINGTON HARWELL** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO SUBMIT EVIDENCE IN SUPPORT OF RESPONSE TO MOTION TO SUPPRESS IN ADVANCE OF THE HEARING

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and J. William Crow, Assistant United States Attorney, states for its Motion:

1.      The Court has set a hearing on the Defendant's Motion to Suppress on April 22, 2026. In support of its Response, the United States intends to introduce the recorded videos of Trooper Malone's dash camera and his body worn camera.

2.      For purposes of judicial economy, the United States requests permission to submit a copy of both videos to chambers for the Court's consideration prior to the hearing.

3.      For the Court's information, at the hearing, the United States intends to play only approximately the first minute of the dash camera (showing the end of the pursuit and the traffic stop), and the first approximately 20 minutes of the body worn camera (from the beginning of the traffic stop until the conclusion of the dog sniff). However, the United States would not object to any portion of the video being reviewed by the Court or played by the defense at the hearing.

WHEREFORE, the United States requests that the Court grant the government's motion.

Respectfully Submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY

By:     /s/ J. William Crow
        J. William Crow
        Assistant United States Attorney

CERTIFICATE OF SERVICE

I, J. William Crow, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Response of the United States has been filed via the District Court's electronic case filing system.

Submitted on March 25, 2026.

/s/ J. William Crow
J. William Crow
Assistant United States Attorney

2