**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 2:25-cr-20313-SHL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BARRINGTON HARWELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## MOTION TO DISMISS INDICTMENT

---

Comes now, the United States of America, represented by United States Attorney, D. Michael Dunavant, and Assistant United States Attorney, J. William Crow, and states for its motion:

1.    The United States no longer intends to pursue this case. Therefore, it moves to dismiss the Indictment without prejudice.

Wherefore, The United States requests that the Court grant this motion and dismiss this case without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney


BY:    s/ *J. William Crow*
J. William Crow
Assistant U.S. Attorney

1

## CERTIFICATE OF SERVICE

I, J. William Crow, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was filed by electronic means via the court's electronic filing system to counsel for the defendant.

Dated: April 6, 2026.

BY:   s/ *J. William Crow*
      J. William Crow
      Assistant United States Attorney

2